WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., | No. CIV 07-1089-PHX-SMM |
| Plaintiffs, | |
| v. | |
| Janet Napolitano, et al., | |
| Defendants. | |

The Court is in receipt Ms. Abudu's letter dated August 7, 2007, regarding Plaintiffs' apparent difficulties with service of process on one of the defendants. It is this Court's policy that all communication with the Court regarding matters such as service of process shall be made in writing and filed with the Court according to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Arizona. Communication such as that received today amounts to *ex parte* communication and will not be considered by this Court. Therefore, the Court has returned the documents in their original form and requests that counsel for Plaintiffs, as well as Ms. Abudu, refrain from communicating with the Court in this manner in the future.

DATED this 10th day of August, 2007.

Stephen M. McNamee
United States District Judge