**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., | No. CIV 07-1089-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Janet Napolitano, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Unopposed Motion for Extension of Time in which to File a Reply in Support of Motion to Dismiss. (Dkt. 30) Good cause appearing,

**IT IS ORDERED GRANTING** Defendant's unopposed motion (Dkt. 30). Defendant shall have through September 24, 2007 to file a reply in support of the pending motion to dismiss.

DATED this 12th day of September, 2007.

Stephen M. McNamee
United States District Judge