**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., | No. CV-07-1089-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Janet K. Napolitano, Governor, et al., | |
| Defendants. | |

Having considered the motion to exceed page limitation filed by Defendant Janet K. Napolitano ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED** permitting Defendant to file a reply in support of her motion to dismiss (Dkt. 22) of up to sixteen pages.

DATED this 21st day of September, 2007.

Stephen M. McNamee
United States District Judge