WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., | No. CV07-1089-PHX-SMM |
| Plaintiffs, | |
| v. | **ORDER** |
| Janet K. Napolitano, Governor, et al., | |
| Defendants. | |

    Plaintiffs filed a thirty-one page response to Defendant's motion to dismiss.  Local Rule 7.2(e) limits responsive memoranda to 17 pages, unless otherwise permitted by the Court.  The Court has considered Plaintiffs' nunc pro tunc motion to exceed the page limitation (Doc. #36) and the reasons given therein.  Accordingly,

    **IT IS HEREBY ORDERED** granting Plaintiffs' motion for leave to file their opposition brief.

    DATED this 27th day of September, 2007.

Stephen M. McNamee
United States District Judge