**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., ) | No. CV-07-1089-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| Janet K. Napolitano, Governor, et al., ) | |
| Defendants. ) | |

Plaintiff Page Maier filed a motion to consolidate her action, CV 08-17-TUC-CRP, with the above-captioned matter (Dkt. 45).  In the interest of judicial economy,

**IT IS HEREBY ORDERED** denying Plaintiff Page Maier's motion for consolidation of cases and consideration of new authorities and arguments (Dkt. 45).

DATED this 16th day of January, 2008.

Stephen M. McNamee
United States District Judge