**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., ) | No. CV-07-1089-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Janet K. Napolitano, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is Plaintiffs' Motion to File Amended Complaint as of Right ("Motion") (Dkt. 50). Defendants oppose the Motion (Dkt. 55).

**BACKGROUND**

Plaintiffs filed this lawsuit challenging the Arizona statutory scheme governing the right to vote of those convicted of felonies. (Dkt. 1, Compl.) Defendants Purcell and Rodriguez answered the complaint (Dkts. 24, 27), and Defendants Napolitano and Brewer moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkts. 22, 33). The Court granted the motion to dismiss and dismissed the action without prejudice. (Dkt. 48, Order dated Jan. 22, 2008.) Plaintiffs now seek to file an amended complaint. (Dkt. 50.)

//

//

1 **DISCUSSION**

2     A party may amend its pleading once as a matter of course before being served
3 with a responsive pleading. Fed. R. Civ. P. 15(a)(1)(A). A motion to dismiss is not a
4 responsive pleading. Mayes v. Leipziger, 729 F.2d 605, 607 (9th Cir. 1984). "Neither
5 the filing nor granting of such a motion before answer terminates the right to amend; an
6 order of dismissal denying leave to amend at that stage is improper, and a motion for
7 leave to amend (though unnecessary) must be granted if filed." Breier v. N. Cal. Bowling
8 Proprietors' Ass'n, 316 F.2d 787, 790 (9th Cir. 1963); Schreiber Distrib. Co. v. Serv-Well
9 Furniture Co., Inc., 806 F.2d 1393, 1401 (9th Cir. 1986). When an action is brought
10 against several defendants, and not all have served an answer, a plaintiff may serve an
11 amended complaint affecting all defendants as a matter of course. See 6 Charles A.
12 Wright, et al., Federal Practice and Procedure § 1481 (2d ed.).

13     The Court's granting of Defendants' motion to dismiss did not affect Plaintiffs'
14 right to amend as a matter of course. Brier, 316 F.2d at 790. Therefore the Motion must
15 be granted. Id. Accordingly,

16     **IT IS HEREBY ORDERED** granting Plaintiffs' Motion to File Amended
17 Complaint as of Right (Dkt. 50).

18     **IT IS FURTHER ORDERED** directing the Clerk of the Court to reopen this
19 matter and file Plaintiffs' lodged proposed amended complaint (Dkt. 51).

20     DATED this 30th day of April, 2008.

21
22
23                        Stephen M. McNamee
24                        United States District Judge
25
26
27
28