**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Armando Coronado, et al., | ) | No. CV-07-1089-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Janet K. Napolitano, Governor, et al., | ) | |
| Defendants. | ) | |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time in which to File a Response to Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 65). Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' unopposed motion (Dkt. 65). Plaintiffs shall have through **June 17, 2008** to respond to the pending motion to dismiss.

DATED this 22nd day of May, 2008.

Stephen M. McNamee
United States District Judge