**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Coronado, et al., | No. CV-07-1089-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Janet K. Napolitano, Governor, et al., | |
| Defendants. | |

Before the Court is Defendants Janet Napolitano and Janice Brewer's Unopposed Motion to Extend Deadline for Filing Reply in Support of Motion to Dismiss (Dkt. 68). Good cause appearing,

**IT IS ORDERED GRANTING** Defendants' unopposed motion (Dkt. 68). Defendants shall have through **July 11, 2008**, to file their reply in support of the pending motion to dismiss.

DATED this 19th day of June, 2008.

Stephen M. McNamee
United States District Judge